IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-CR-30126-DWD-2 |
| | ) | |
| MARY THORNHILL, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF FACTS**

The United States of America, by and through Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Zoe J. Gross, Assistant United States Attorney, together with Defendant, Mary Thornhill, and her counsel, Bobby Bailey, agree and stipulate to the following Stipulation of Facts:

1. On or about July 19, 2021, in Madison County, Illinois, Defendant knowingly conspired with Delvin O.E. Mills and others to devise and execute a scheme and artifice to obtain money and funds owned by, and in the custody and control of financial institutions, including Regions Bank and Scott Credit Union, the deposits of which were insured by the Federal Deposit Insurance Corporation and National Credit Share Insurance Fund, by means of false and fraudulent pretenses, representations, and promises.

2. Defendant conspired with Mills and others to cash stolen checks and fraudulently obtain funds from financial institutions using stolen IDs—including driver's licenses—belonging to various individuals.

3. As part of the conspiracy and scheme to defraud, members of the conspiracy broke into vehicles and stole checkbooks and IDs belonging to various individuals. The conspirators wrote checks from the stolen checkbooks made payable to other persons from whom the group

1

had stolen IDs. The conspirators provided Defendant with the fraudulent checks and stolen IDs of the persons to whom the checks were made payable.

4. Defendant and her conspirators went to the financial institutions where the persons to whom the checks were made payable maintained bank accounts. When Defendant arrived at the financial institutions, she cashed or attempted to cash the fraudulent checks by presenting the stolen IDs of the persons to whom the checks were made payable and posing as those individuals. If necessary, Defendant would wear wigs or otherwise disguise herself to look like the individual on the stolen ID.

5. On one occasion, Defendant successfully obtained funds from a financial institution by cashing a stolen check made payable to A.D., an individual whose identification documents had been stolen.

6. Specifically, on July 19, 2021, Defendant drove to Regions Bank in Glen Carbon, Illinois for the purpose of cashing a check made payable to A.D. When she arrived at Regions Bank, Defendant presented a stolen check drawn on the account of T.H. and D.H. at Bank of America in the amount of $2,670.00, made payable to A.D., bearing the forged endorsement of A.D. The bank teller at Regions Bank cashed this check and provided Defendant with the funds. Defendant knew that this check was stolen and forged at the time that she presented it to be cashed.

7. When Defendant conducted this transaction, she knew that A.D. was a real person and that she did not have the authority to use her identification to cash the check. Defendant possessed and used, without lawful authority, a means of identification belonging to A.D., specifically the driver's license of A.D., during and in relation to a felony violation enumerated

in 18 U.S.C. § 1028A(c), namely conspiracy to commit bank fraud in Count One, and Defendant knew that the means of identification belonged to another actual person.

8. Defendant's actions caused a loss to Region's Bank in the amount of $2,670.00. That amount was recovered by authorities at the time of Defendant's arrest.

9. Defendant stipulates that the facts set forth in this Stipulation of Facts prove beyond a reasonable doubt Counts 1 and 5.

10. Defendant stipulates that venue is proper in the Southern District of Illinois, for Counts 1 and 5.

SO STIPULATED:

_____
MARY THORNHILL
Defendant

_____
BOBBY BAILEY
Attorney for Defendant

Date: 2-21-22

STEVEN D. WEINHOEFT
United States Attorney

_____
ZOE J. GROSS
Assistant United States Attorney

Date: 2/28/22